696

26 So.2d 926

**Claude G. TEAL v. STATE.**
6 Div. 377.

Court of Appeals of Alabama.
June 25, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 887

**Marvin TERRY v. STATE.**
8 Div. 494.

Court of Appeals of Alabama.
Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

26 So.2d 926

**Lawton THOMPSON v. STATE.**
8 Div. 528.

Court of Appeals of Alabama.
May 21, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

27 So.2d 881

**Lawton THOMPSON v. STATE.**
8 Div. 529.

Court of Appeals of Alabama.
June 11, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

21 So.2d 858

**Woodrow TOLSMA v. STATE.**
4 Div. 887.

Court of Appeals of Alabama.
April 4, 1945.

John C. Walters, of Troy, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

24 So.2d 926

**Carlton TUCKER v. STATE.**
6 Div. 269.

Court of Appeals of Alabama.
Jan. 15, 1946.

Reuben L. Newton, of Jasper, for appellant.
Wm. N. McQueen, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

PER CURIAM.
Appeal abated on account of death of appellant.